| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

RYAN CLARK ROSS, §
§
    Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 9:24-CV-69
§
RISPERDAUL, §
§
    Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Ryan Clark Ross, proceeding *pro se*, filed this civil rights lawsuit.  The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the case dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).  To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence.  The magistrate judge's recommendation was based on plaintiff's failure to comply with an order directing him to either pay the required filing fee or submit a motion to proceed *in forma pauperis*.  After the Report and Recommendation was submitted, the court granted plaintiff an extension of time to comply with the order.  The time for complying with the order has expired.  Following careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#5) is **ADOPTED**.  A final judgment shall be entered dismissing this lawsuit.

 SIGNED at Beaumont, Texas, this 17th day of February, 2026.


_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE